Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy

FILED
SEP 28 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
SEP 30 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

In re:

SWEDE, EARLE DAVID

Debtor(s)

Case No. 08-40782 EDJ

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,220.31. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 2 | FIA Card Svcs Successor Bank of America NA (USA), Attn: Mr. M, BK, 1000 Samoset Dr., DE5-023-03-03 Newark, DE 19713 | 18,731.73 | 2,220.31 |

Total Unclaimed Dividends $2,220.31

Dated: September 26, 2011

Paul J Mansdorf, TRUSTEE